

# NUMBER 13-21-00426-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KIRK JOHN NORTHUP,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On appeal from the 36th District Court
of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva**
**Memorandum Opinion by Justice Hinojosa**

Appellant filed a notice of appeal attempting to appeal a conviction of forgery of a financial instrument. We dismiss the appeal for want of jurisdiction.

Sentence in this matter was imposed with a judgment of conviction entered on November 17, 2021. Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission

of the Court. *See* TEX. R. APP. P. 25.2(a)(2). On December 3, 2021, the Court ordered appellant's counsel to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a letter indicating appellant has no right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

LETICIA HINOJOSA<br>
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of February, 2022.